No. 85–5490. GIVENS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–5505. PASCUEL-SOLER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–5507. KOTVAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–5515. BRYANT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–5537. BRAKEFIELD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–5549. LAMB v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–5582. WALKER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 85–5597. VANOVER v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 83–1250. KEWANEE OIL CO. v. HOLMES, EXECUTRIX OF THE ESTATE OF HOLMES, ET AL. Sup. Ct. Kan. Certiorari denied. JUSTICE POWELL and JUSTICE O'CONNOR took no part in the consideration or decision of this petition.